# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kristin Schelitzche,                                             Civil No. 08-228 (RHK/AJB)

        Plaintiff,

v.                                                                            **ORDER**

Allied Interstate, Inc.,

        Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 8), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 15, 2008

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge